IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

Derrick N. Rogers,                          )
                                            )
                        Plaintiff,          )      C.A. No. 8:07-1453-HMH
                                            )
            vs.                             )      **OPINION & ORDER**
                                            )
Cherokee Creek Boys School, Inc.,           )
                                            )
                        Defendant.          )


   This matter is before the court on Cherokee Creek Boys School, Inc.'s  motion to enforce

the settlement agreement.  It appears that Derrick Rogers ("Plaintiff") agrees with the terms of

the settlement except that he refuses to sign a confidentiality agreement.  From the pleadings it

appears that the Plaintiff did not explicitly reserve the right to speak publicly about the

settlement.  Apparently, the Plaintiff's counsel agrees that the Plaintiff assumed and understood

that the settlement would be confidential.  Therefore, it is

   **ORDERED** that the settlement will remain confidential.

   **IT IS SO ORDERED**.

         s/Henry M. Herlong, Jr.
         United States District Judge

Greenville, South Carolina
September 16, 2008